NO. 07-09-0312-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 23, 2009

______________________________

IN RE: LUIS S. LEGATE, JR.

Relator

_________________________________

ORIGINAL MANDAMUS PROCEEDING

_________________________________

BEFORE QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is a “Petition for Writ of Mandamus[,] Plaintiffs [sic] Original Petition of Complaint for the Deliberate Denial of Proper Medical Treatment . . .” filed by Luis S. Legate, Jr.  Through it, Legate complains about medical treatment he received while incarcerated in a Texas prison.  We dismiss the petition.

As an appellate court, we have the authority to issue writs of mandamus to protect our jurisdiction and against a district and county court judge.  
Tex. Gov. Code Ann
.
 §22.221(a) & (b) (Vernon 2004).  The relief sought by Legate is not against a judge.  Nor does the underlying dispute implicate a pending appeal.  
See In re Washington, 
7 S.W.3d 181, 182 (Tex. App.–Houston [1
st
 Dist.] 1999, no pet.)
 (holding that an appellate court may issue mandamus to protect its jurisdiction when the relief sought implicates a pending appeal).  Thus, we have no jurisdiction over the matter.

The petition for writ of mandamus is dismissed.

Per Curiam